IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TUNOKA JETT, as guardian and next friend of her minor son, JOHN DOE, , ) ) ) | |
| Plaintiff, ) | 12 CV 4263 |
| ) | |
| v. ) | Judge Dow |
| ) | |
| ) | Magistrate Judge SOAT BROWN |
| ) | |
| The CITY OF CHICAGO, a municipal Corporation, and Chicago Police Officers MOHAMMED ALI (#7241), MACARIO CHAVEZ (#9084),  and MATILDE OCAMPO (#13474), ) ) ) ) ) ) | |
| Defendants. ) | |

**AGREED ORDER APPROVING MINOR'S SETTLEMENT
AND THE DISTRIBUTION OF FUNDS**

Upon motion by the parties, through their attorneys, and for the entry of an order approving a settlement in the amount of Two Millions Dollars ($2,000,000.00), the Court having presided over this matter since its filing, having personally mediated two settlement conferences with the parties, and having reviewed the terms of the settlement, an itemization of costs and fees, and the proposed release and settlement agreement in this matter finds as follows:

1. The settlement amount of $2,000,000.00 is fair and reasonable.

2. Plaintiff TUNOKA JETT, as mother and guardian of JOHN DOE, is competent to represent JOHN DOE in this matter.

3. Pursuant to written contract, Plaintiff's attorneys are entitled to fees in the amount of $660,000.00 (Six Hundred Sixty Thousand Dollars), an amount which represents 33% of the total settlement amount. Having presided over this matter since its filing three years ago, the Court finds this to be a reasonable fee in this case.

4.   The attorneys for Plaintiff are also entitled to reimbursement for expenses attributable to this lawsuit in the amount of $5,914.58. The Court has examined an itemized list of expenses in this matter and finds them to be necessary and reasonable.

5.   The net amount distributable to the minor Plaintiff's trust is $1,334,085.42 to be paid by the City of Chicago as outlined in the parties' release and settlement agreement, which was reviewed by this Court.

IT IS THEREFORE ORDERED that the settlement and distribution of funds is approved as outlined above.

ENTERED:   _____
Judge Robert Dow
United States District Court Judge

Dated:   _____, 2015